# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LUBY'S FUDDRUCKERS RESTAURANTS, LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-CV-2242 W (LL)<br><br>**ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE [DOC. 8]** |

　　　Plaintiff has filed a voluntary dismissal of this case with prejudice. [Doc. 8.] Accordingly, this action is dismissed **WITH PREJUDICE**.

　　　**IT IS SO ORDERED.**

Dated: January 4, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge